IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

KHRISTINE N. HARPER

_____/

**SEALED**
**INDICTMENT**

3:25cr118-mcr

THE GRAND JURY CHARGES:

COUNTS ONE THROUGH TWENTY

A. INTRODUCTION

At all times material to this Indictment:

1. Defendant **KHRISTINE N. HARPER** owned and operated Kings Tax Service, a tax preparation business located in Pensacola, Florida. **KHRISTINE N. HARPER** prepared, and assisted in the preparation of, tax returns at Kings Tax Service. In or around December 2023, Kings Tax Service began doing business as Echelon Tax.

2. The Internal Revenue Service ("IRS") was a bureau within the United States Department of the Treasury ("Treasury") and an agency of the government of the United States. The IRS was responsible for the administration and enforcement of Title 26 of the United States Code ("Internal Revenue Code").

Returned in open court pursuant to Rule 6(f)
7/15/25
Date
SB
United States Magistrate Judge

FILED USDC FLND PN
JUL 15 '25 PM1:04

3.  Included within the governmental functions of the IRS were the responsibility and authority to ascertain, compute, assess, and collect taxes ("revenue") and to conduct related investigations, examinations, audits, and enforcement actions. The governmental functions of the IRS also included the responsibility and authority to investigate fraudulent activity related to the income tax refund process, to obtain the repayment of any such fraudulently disbursed tax refunds, and to seek penalties against those responsible for such fraud.

4.  IRS Form Schedule A was used to report itemized deductions that, if totaled above a certain amount, would reduce the amount of an individual's taxable income. Some categories of expenses that could be reported on a Schedule A were charitable donations and unreimbursed employee expenses.

5.  IRS Form Schedule C was used to report profit or loss from a business operated or a profession practiced as a sole proprietor based on the income earned and expenses paid by the business. An activity qualified as a business if an individual's primary purpose for engaging in the activity was for income or profit, and the individual was involved in the activity with continuity and regularity. Certain business owners were also eligible for a Qualified Business Income Deduction ("QBID"), which would reduce the amount of a business's taxable income.

6.  Eligible individuals could claim on the IRS Form 1040 or other accompanying forms and schedules certain credits, which would be subtracted from the amount of tax owed. Credits either lowered an individual's tax payment or increased the individual's refund amount. Certain credits were refundable, meaning the eligible credit amount would be paid to the taxpayer even if it exceeded the amount of tax owed.

7.  Under the Families First Coronavirus Act and American Rescue Plan Act, eligible self-employed individuals who regularly carried on a trade or business were eligible to claim qualified sick and family leave credits ("SFLC") between the periods April 1, 2020, through March 31, 2021, and April 1, 2021, through September 30, 2021, respectively.

8.  Certain individuals with qualifying children could claim the Child Tax Credit ("CTC") and the Additional Child Tax Credit ("ACTC").

9.  Certain low-income to moderate-income workers could claim the Earned Income Tax Credit ("EITC").

10. Certain individuals who paid someone to care for their child or other qualifying dependent while they worked or looked for work could claim credits for Child and Dependent Care Expenses ("CDCE").

11. Certain individuals who made eligible contributions to an Individual Retirement Account ("IRA") or employer-sponsored retirement plan could claim the Retirement Savings Contribution Credit ("RSCC").

## B. THE CHARGE

On or about the dates listed below, in the Northern District of Florida, the defendant,

## KHRISTINE N. HARPER,

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation under, and in connection with a matter arising under, the internal revenue laws, of a United States Individual Income Tax Return, Form 1040, which return was fraudulent and false as to a material matter, in that the filed return, as set forth below, falsely represented the taxpayer's Schedule A deductions, Schedule C profits, eligibility for credits and other deductions, and taxable income information, where the defendant knew such representations and claims to be false:

| Count | Date | Taxpayer(s) | Calendar Year | Falsely Reported Item(s) |
|---|---|---|---|---|
| 1 | 2/5/2020 | K.M. | 2019 | Schedule A deduction |
| 2 | 3/28/2020 | C.T. | 2019 | Schedule A deduction; Schedule C profit |
| 3 | 1/21/2021 | K.R. | 2020 | SFLC |
| 4 | 2/13/2021 | K.M., A.M. | 2020 | Schedule A deduction; CTC; ACTC; QBID |

| Count | Date | Taxpayer(s) | Calendar Year | Falsely Reported Item(s) |
|---|---|---|---|---|
| 5 | 2/17/2021 | J.H. | 2020 | Schedule C profit; EITC; ACTC; SFLC |
| 6 | 2/23/2021 | K.R. | 2020 | Schedule A deduction; CTC; ACTC; SFLC |
| 7 | 2/25/2021 | C.C., P.C. | 2020 | Schedule A deduction; CTC; ACTC |
| 8 | 3/12/2021 | C.T. | 2020 | Schedule A deduction; Schedule C profit |
| 9 | 1/13/2022 | J.H. | 2021 | Schedule C profit; EITC; ACTC; CDCE; SFLC |
| 10 | 1/19/2022 | K.R. | 2021 | SFLC; CDCE |
| 11 | 2/2/2022 | D.B. | 2021 | Schedule A deduction; Schedule C profit; CDCE |
| 12 | 2/2/2022 | K.M., A.M. | 2021 | Taxable IRA distributions; taxable pensions and annuities |
| 13 | 2/11/2022 | C.C., P.C. | 2021 | Schedule A deduction |
| 14 | 2/23/2022 | M.M. | 2021 | Schedule A deduction; CDCE |
| 15 | 1/2/2023 | J.H. | 2022 | Schedule C profit; EITC; ACTC |
| 16 | 1/19/2023 | A.R. | 2022 | Schedule C profit; EITC |
| 17 | 1/23/2023 | D.B. | 2022 | Schedule A deduction; Schedule C profit; EITC; CTC; ACTC; CDCE; RSCC |
| 18 | 3/6/2023 | T.E. | 2022 | Schedule A deduction |
| 19 | 2/6/2024 | A.R. | 2023 | Schedule C profit; EITC |
| 20 | 2/19/2024 | T.E. | 2023 | Schedule A deduction; Schedule C profit |

In violation of Title 26, United States Code, Section 7206(2).

## COUNT TWENTY-ONE

Between on or about January 19, 2024, and on or about May 28, 2024, in the Northern District of Florida, the defendant,

**KHRISTINE N. HARPER,**

did knowingly possess, without lawful authority, a means of identification of another person, to wit, a name and Preparer Tax Identification Number, with the intent to commit, to aid and abet, and in connection with, any unlawful activity that constitutes a violation of Federal law, including as charged in Counts Nineteen and Twenty of this Indictment, and that constitutes a felony under any applicable State and local law, and such possession was in and affecting interstate commerce.

In violation of Title 18, United States Code, Sections 1028(a)(7) and 1028(b)(2)(B).

A TRUE BILL:

_____
JOHN P. HEEKIN
United States Attorney

_____
FOREPERSON

_____
ALICIA H. FORBES
Assistant United States Attorney

7/15/25
DATE